THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SHEA, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed.  No opinion.  Blackmar, P. J., Kelly and Jaycox, JJ., concur;  Putnam, J., votes for reversal on the ground that the evidence fails to prove beyond a reasonable doubt the commission of any crime, as proof of intoxication

on the part of the appellant was not established, with whom Rich, J., concurs.